■ New York Public Interest Research Group, Inc., et al., Appellants, v Town of Islip et al., Respondents.—Appeal from a judgment of the Supreme Court, Suffolk County, dated September 1, 1987.

Ordered that the judgment is affirmed, with one bill of costs payable to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Baisley in his memorandum decision dated August 26, 1987. Niehoff, J. P., Weinstein, Kunzeman and Spatt, JJ., concur.